IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRETT MICHAEL SANDERS, | § |
| | § |
| Plaintiff, | § |
| | § Civil Action No. 3:15-CV-2782-D |
| VS. | § |
| | § |
| LIEUTENANT MIKE VINCENT, et al., | § |
| | § |
| Defendants. | § |

## **ORDER**

Defendants' October 19, 2015 motion to dismiss, which is addressed to plaintiff's complaint, is denied without prejudice as moot based on the filing of plaintiff's first amended complaint.

The deadline for defendants to file responsive pleadings to plaintiff's first amended complaint is extended through Monday, December 14, 2015.

**SO ORDERED**.

November 20, 2015.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE