IN THE UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRETT MICHAEL SANDERS | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 3:15-CV-2782-D |
| | § | |
| LIEUTENANT MIKE VINCENT, et al | § | |

### ORDER AS TO DEFENDANTS' AND PLAINTIFF'S AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS' TO FILE REPLY & RESPONSE AND FOR LEAVE FOR PLAINTIFF TO FILE AN AMENDED RESPONSE

On this date came on to be considered the Parties' Agreed Motion. After consideration of the Motion, and noting that the Motion is agreed to by all parties, the Court has determined that the Motion to should be granted. It is therefore

ORDERED that Defendants' deadline to file their Reply regarding the Second Motion to Dismiss, and Response to Plaintiff's Motion for Leave to Amend is therefore extended to **Monday, February 22, 2016** and that Plaintiff is granted leave to file an amended response on or before **Friday, February 5, 2016.**

Signed February 3, 2016.

_____
UNITED STATES DISTRICT JUDGE

---

**ORDER AS TO DEFENDANTS' MOTION FOR EXTENSION OF TIME – Solo Page**